UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

RODNEY C. RODGERS,

       Petitioner,

v.

JOHN PRELESNIK,

       Respondent.
_____/

Case No. 1:07-CV-726

HON. GORDON J. QUIST

# JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 4, 2010. The Report and Recommendation, which recommended that Petitioner's habeas petition be denied, was duly served on Petitioner on August 5, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 4, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DISMISSED WITH PREJUDICE**.

This case is **concluded**.


Dated: September 2, 2010

                                                               /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                                 UNITED STATES DISTRICT JUDGE